# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

MALIA STEWART                                                                                    PLAINTIFF

v.                                              No. 4:13CV00579 JLH

HOOMAN KARAMIAN, a/k/a NIK RICHIE;
and DIRTY WORLD ENTERTAINMENT
RECORDINGS, LLC, d/b/a thedirty.com                                                DEFENDANTS

## ORDER

Malia Stewart brings this action against Hooman Karamian, a/k/a Nik Richie, and Dirty World Entertainment Recordings, LLC, d/b/a thedirty.com, alleging that she was defamed by statements posted on a website, www.TheDirty.com. Karamian has filed a motion to dismiss for lack of personal jurisdiction and, in the alternative, for failure to state a claim. In a case involving very similar facts, the Eighth Circuit has held that posting defamatory material on the internet, standing alone, is insufficient to create personal jurisdiction over a defendant in the plaintiff's home state. *Johnson v. Arden*, 614 F.3d 785 (8th Cir. 2010). The defendants cited *Johnson v. Arden* as controlling authority in their opening brief, but Stewart did not discuss it in her brief. It appears that *Johnson v. Arden* is on point and since it is binding authority, no further analysis seems needed. Pursuant to *Johnson v. Arden*, the Court lacks personal jurisdiction over Karamian.

Therefore, Malia Stewart's complaint against Hooman Karamian, a/k/a Nik Richie, is dismissed without prejudice for lack of personal jurisdiction. Document #12.

IT IS SO ORDERED this 13th day of March, 2014.

*/s/ J. Leon Holmes*

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE