**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

MALIA STEWART                                                                                          PLAINTIFF

v.                                              NO. 4:13CV00579 JLH

DIRTY WORLD ENTERTAINMENT
RECORDINGS, LLC, d/b/a THEDIRTY.COM                                              DEFENDANT

## JUDGMENT

On this 23rd day of January, 2015, this matter came before the Court for a bench trial on the issue of damages following the default of the defendant, Dirty World Entertainment Recordings, LLC, d/b/a thedirty.com, on the claims of Malia Stewart for defamation and the tort of outrage. The evidence established that false and defamatory allegations were published about Stewart on thedirty.com website, that postings must be approved before they can be posted, that Stewart and her lawyer notified thedirty.com that the posting was false and defamatory, and that thedirty.com has refused to remove the posting. The evidence proved that Stewart has been damaged by the conduct of thedirty.com. She has suffered actual damage to her reputation in the community and severe emotional distress. Considering all of the evidence, the Court concludes that a reasonable amount to compensate Malia Stewart for her damages is $250,000.00. The Court also finds from all of the evidence that punitive damages in the amount of $1,000,000.00 should be awarded. Judgment is therefore entered in favor of Malia Stewart against Dirty World Entertainment Recordings, LLC, d/b/a thedirty.com, in the amount of $1,250,000.00 plus post-judgment interest to accrue at the rate of 0.18% per annum, for all of which garnishment and execution may issue.

IT IS SO ORDERED this 23rd day of January, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE